AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Angelica Murillo<br>YOB: 1996  Citizenship: USC<br><br>*Defendant(s)* | Case No. 7:19-MJ-0923 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 23, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952 | by knowingly and intentionally importing into the United States from the United Mexican States approximately 12.74 kilograms of cocaine, a schedule II controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Approved AUSA LAURA GARCIA

_____
Complainant's signature

Kyle Pearson, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 4/24/19 — 5:06 a.m.

_____
Judge's signature

City and state: McAllen, Texas

U.S. Magistrate Juan F Alanis
Printed name and title

Attachment A

On April 23, 2019, at approximately 0929 hours, Angelica MURILLO presented herself for admission into the United States from Mexico at the Hidalgo Port of Entry (POE), Hidalgo, Texas, while driving a Dodge Journey with Texas plates LVK1998. MURILLO is the registered owner of the vehicle. Hours prior, Customs and Border Protection (CBP) received a tip that MURILLO and the Dodge Journey would be traveling through the Hidalgo POE with drugs concealed within. Upon arrival to the Hidalgo POE, MURILLO was sent for further inspection.

During the secondary examination, CBP Officers scanned the vehicle through a non-intrusive examination (Z-Portal) which revealed anomalies within the vehicle's lower rocker panels. A CBP K9 examination was completed in which the K9 indicated to a trained odor of narcotics emanating from the Dodge Journey's rocker panels. CBP Officers extracted twelve bundles/plastic wrapped bricks concealed within both rocker panels. Each interior rocker panel contained six bundles. CBP Officers field tested samples of the bricks/bundles which tested positive for the properties of cocaine. The total weight of the 12 bundles/bricks was 12.74 kilograms of suspected cocaine.

Homeland Security Investigations (HSI) Special Agent (SA) Kyle Pearson and HSI Task Force Officer (TFO) Jorge Rodriguez interviewed MURILLO, who waived her right to the presence of counsel. MURILLO provided multiple contradicting statements surrounding her reason for travel, destinations of travel, and how she obtained ownership of the vehicle.

MURULLO stated that her Dodge Journey was delivered to her residence in Mexico the previous night from an unnamed auto mechanic. MURILLO later stated that the auto mechanic was her connection with a drug trafficking facilitator. MURILLO claimed that she was travelling on this date to build a crossing history for future drug shipments at the direction of the unnamed drug trafficking facilitator. MURILLO stated that she intended on crossing marijuana for a fee of $2500 in the future but claimed that she would not cross drugs until a future date. MURILLO claimed that she sought out the opportunity and individuals to smuggle drugs for profit roughly one month prior.